|  |  |
|---|---|
| **To:** | The Honorable Frank D. Whitney<br>Chief U.S. District Court Judge |
| **From:** | Valerie G. Debnam<br>U.S. Probation Officer |
| **Subject:** | Carl Truiett Burney Jr<br>Case Number: 0419 3:17CR00260-001<br>**OUT-OF-COUNTRY TRAVEL** |
| **Date:** | 9/18/2017 |



**NORTH CAROLINA WESTERN MEMORANDUM**

Mr. Burney appeared before the Honorable N. Carlton Tilley, Jr., Senior United States District Judge, on May 3, 2013 on the offense of Conspiracy to Distribute Cocaine Hydrochloride, in violation of 21:846. Mr. Burney was sentenced to twenty-two (22) months imprisonment followed by four (4) years supervised release. Supervised release began on October 7, 2015, in the Western District of North Carolina. On September 9, 2017, jurisdiction was received in the Western District of North Carolina district from the Middle District of North Carolina.

Mr. Burney has submitted a request to travel to Nassau Bahamas, for the purpose of vacationing with his family. Mr. Burney will leave on September 28, 2017, and return on October 7, 2017. He will be staying at Melia Nassau Beach Resort at 1 West Bay Street, Cable Beach, 33132 Nassau, New Providence, Bahamas. He will fly to the island on Delta Airlines.

Mr. Burney has maintained a stable residence and employment since he has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mr. Burney be allowed to travel to Nassau Bahamas, as long as he remains in compliance with the terms and conditions of supervision.

Thanks you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: September 18, 2017

Frank D. Whitney
Chief United States District Judge